IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                    4:05CR00015 JMM

JANNA WITHERS

## ORDER

Pending is the government's motion to revoke. (Docket # 27). Following a hearing conducted on September 23, 2009 and after consideration of the pleadings filed by the government and the defendant, the government's motion is DENIED. Although the Court agrees that the defendant's conduct during her bankruptcy was less than honest and abused the bankruptcy process, the defendant's actions do not appear to constitute an offense warranting revocation.

IT IS SO ORDERED this 28th day of September, 2009.

James M. Moody
United States District Judge